IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DERRICK LAMONT COCHRAN,

    Plaintiff,

v.                               7:07-CV-144(WLS)

TIMOTHY WATKINS, Detective, Thomas County Investigations,

    Defendant.

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed May 18, 2007, recommending that Plaintiff's case be dismissed as legally frivolous and for failure to state a cause of action upon which this Court might grant relief. (Doc. 4). No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 4) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the above-captioned action is **DISMISSED**.

**SO ORDERED**, this __16th__ day of April, 2008

                                              /s/W. Louis Sands
                                              **THE HONORABLE W. LOUIS SANDS,**
                                              **UNITED STATES DISTRICT JUDGE**